| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stephen L. Burton 113748<br>16133 Ventura Boulevard, 7th Floor<br>Encino, CA 91436<br>Telephone: 818 501-5055 Fax: 818 501-5849<br>California State Bar Number: 113748 CA<br>steveburtonlaw@aol.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>80X3 Corp | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 03 / 23 / 2021 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 3 / 23 / 2021 _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1007-1.MAILING.LIST.VERIFICATION

*December 2015*

80X3 Corp
2764 N. Green Valley Pkwy #137
Henderson, NV 89014


Stephen L. Burton
Stephen L. Burton
16133 Ventura Boulevard, 7th Floor
Encino, CA 91436


Anna Landa & AARP Trust
5345 White Oak #J
Encino, CA 91316


Frank Dobrucki
2764 N Green Valley Parkway #137
Henderson, NV 89014


LOS ANGELES COUNTY TAX COLLECT
PO BOX 54018
Los Angeles, CA 90054


Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209


Renata Dobrucki
17330 Califa Street
Encino, CA 91316


Vladimir Isperov
LBC Capital Income Fund, LLC
6350 Laurel Canyon Blvd #340
North Hollywood, CA 91606